# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUALON EUGENE HAWKINS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-09-1070-M |
| MIKE ADDISON - WARDEN, | ) |
| Respondent. | ) |

## ORDER

On March 31, 2010, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by April 19, 2010. On April 19, 2010, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 31, 2010;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 26th day of April, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE